UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20891-CR-COHN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GERARDO GARCIA,

       Defendant.
_____

## O R D E R

THIS CAUSE is before the Court on the Federal Public Defender's Motion for an Inquiry Regarding Counsel (DE 15) and defendant **Gerardo Garcia's** pro se Motion to Appoint Counsel (DE 16). A hearing was held on the motions on March 4, 2008. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motions are GRANTED. The Federal Public Defender's Office is hereby released from any further duties in this cause. Substitute counsel has be appointed by separate order.

DONE AND ORDERED at Fort Lauderdale, Florida, this 6th day of March, 2008.

                                            LURANA S. SNOW
                                       UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Armando Rosquete (MIA)
Harold Keefe, Esq.

AFPD Chantel Doakes (FTL)